**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00180-KD-MU |
| ERIC VASQUEZ GOMEZ | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, Defendant Eric Vasquez Gomez's plea of guilty to Count One of the Information, Title 8 U.S.C. § 1326(a) – Illegal Reentry, is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **October 31, 2025, at 2:00 p.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 15th day of October 2025.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE